UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ERIN JONES,

Plaintiff,

**JOINT PROPOSED
VERDICT FORM**

-against-

Case No. 17-cv-04894-AT-KHP

THE CITY OF NEW YORK,

Defendant.

------------------------------------------------------------------------x

**A.    Plaintiff's Proposed Verdict Form:**

We, the jury, agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

**Question 1.**    Did the plaintiff prove by a preponderance of the evidence that the defendant is liable for failure to provide a reasonable accommodation for her disability?

_____ Yes                 _____ No

*If you answered "yes," please proceed to answer the following question.*

**Question 2[1][2].** What amount, if any, do you award the plaintiff and against the defendant?

$ _____

**B.    Defendant's Proposed Verdict Form:**

1. Did plaintiff prove by a preponderance of the evidence that she was unlawfully denied a reasonable accommodation?

Yes _____              No _____

*If **no**, then proceed no further and notify the Marshall.  If **yes**, proceed to question 2.*

---

[1] Defendant believes there should be a preliminary question which asks whether plaintiff has proven by a preponderance of the evidence that she has suffered *any* damages.  Defendant proposes such a question below.

[2]  Plaintiff believes that Defendant's "preliminary question" is unnecessary.  Plaintiff's proposed Question 2 says: "What amount, *if any*, do you award the plaintiff against the defendant?"

- 2 -

2. Do you find by a preponderance of the evidence that plaintiff suffered injuries to warrant an award of damages?

       Yes _____             No _____

       *If **yes**, then indicate a total amount of damages and notify the Marshall.*

       Damages:_____

       *If **no**, then you must award an amount no greater than one dollar ($1.00), then proceed no further and notify the Marshall.*

       Nominal damages:_____