UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ERIN JONES,

                              Plaintiff,

            -against-

THE CITY OF NEW YORK,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/12/2021___

17 Civ. 4894 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The ongoing COVID-19 pandemic has necessitated substantial changes in the Court's trial schedule in order to ensure that jury trials can be conducted safely and practically. Accordingly, the trial scheduled to commence on July 19, 2021, is ADJOURNED to **May 9, 2022**.

        By **March 25, 2022**, the parties shall submit a joint letter summarizing any necessary alterations to the pretrial order, ECF No. 165, and any other matters that should be brought to the Court's attention in advance of trial in light of the revised schedule.

        Counsel for all parties shall appear for a final pre-trial conference on **May 2, 2022**, at **2:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

        In light of the long delay in advance of trial, this action is STAYED pending further order of the Court.

        SO ORDERED.

Dated: January 12, 2021
        New York, New York

_____
ANALISA TORRES
United States District Judge