```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/16/2021___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIN JONES,

                    Plaintiff,

-against-

THE CITY OF NEW YORK,

                    Defendant.

17 Civ. 4894 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court, utilizing the procedures within this District governing the scheduling of jury trials during the COVID-19 pandemic, shall seek to schedule a jury trial for the second calendar quarter of 2022. By **February 1, 2022**, the parties shall submit blackout dates for trial.

       SO ORDERED.

Dated: November 16, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge