UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIN JONES,

                Plaintiff,

-against-

THE CITY OF NEW YORK,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/4/2022____
```

17 Civ. 4894 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has determined it is not feasible to set a trial date in this matter in the second quarter of 2022. Accordingly, the Court, utilizing the procedures within this District governing the scheduling of jury trials during the COVID-19 pandemic, shall seek to schedule a jury trial for this matter in the third or fourth calendar quarters of 2022. Accordingly, by **May 1, 2022**, the parties shall submit blackout dates for the third and fourth calendar quarters of 2022.

    By **April 15, 2022**, the parties shall submit a joint letter summarizing any necessary alterations to the pretrial order, ECF No. 165, and any other matters that should be brought to the Court's attention in advance of trial.

    The pretrial conference scheduled for May 4, 2022, is ADJOURNED *sine die*. The Court shall schedule the final pretrial conference date upon setting a date certain for trial.

    SO ORDERED.

Dated: March 4, 2022
       New York, New York

                                              ANALISA TORRES
                                     United States District Judge