USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/29/2022



HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DOMINIQUE F. SAINT -FORT**
*Assistant Corporation Counsel*
Labor & Employment Law Division
(212) 356-2444
dosaint@law.nyc.gov

April 29, 2022

**BY ECF**
Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Jones v. City of New York*
Docket No. 17 CV 4894 (AT) (KP)

Dear Judge Torres:

I am an Assistant Corporation Counsel in the office of the Hon. Sylvia O. Hind-Radix, Corporation Counsel of the City of New York, attorney for Defendant in the above-referenced action. I write to request an extension of time to submit alterations to the joint pretrial order pursuant to the Court's March 4, 2022 and April 8, 20022 Orders (*see* ECF Dkt. Nos. 171 and 172), from today, April 29, 2022 to May 4, 2022. I requested Plaintiff's consent to this request, but have not yet received a response.

Defendant apologizes to the Court for this belated request, however, Defendant requests this extension because I did not receive a draft of Plaintiff's proposed alterations to the joint pretrial order until this morning. The parties had discussed a timeline for reviewing proposed edits. However, due to an apparent failure of technology, I never received the draft which Plaintiff's counsel sent in the afternoon on Wednesday April 27, 2022. After following up on Thursday April 28, 2022 about the status of the draft, I was informed Thursday evening that it was previously sent on Wednesday. I was not able to access the draft until this morning. Plaintiff has made significant alterations to the joint pretrial order, adding approximately 43 new exhibits and a new unidentified witness. I, therefore, require additional time to review Plaintiff's alterations, make appropriate responses to the alterations, and to include Defendant's alterations.

Accordingly, Defendant requests a brief extension of time to submit the joint pretrial order to May 4, 2021.

GRANTED.

SO ORDERED.

Dated: April 29, 2022
New York, New York

ANALISA TORRES
United States District Judge