UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ERIN JONES,

                                    Plaintiff,

                    -against-

THE CITY OF NEW YORK,

                                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _5/5/2022___

17 Civ. 4894 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court shall request a trial date in this matter for **July 19, 2022**.  Accordingly,

1. The stay in this action ordered on January 12, 2021, ECF No. 166, is LIFTED.

2. By **May 23, 2022**, Defendant shall file its additional motion *in limine* contemplated at ECF No. 179.

3. By **May 31, 2022**, Plaintiff shall file any opposition the motion *in limine*.  No reply brief shall be permitted.

4. By **June 6, 2022**, the parties shall deliver to the Court one copy of each documentary exhibit sought to be admitted, pre-marked (i.e., labeled with exhibit stickers) and assembled sequentially in a looseleaf binder or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference in accordance with Paragraph V.C(v) of the Court's Individual Practices.

5. The Court will hold a final pretrial conference on **July 12, 2022**, at **11:00 a.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

6. Prior to the final pre-trial conference, counsel for both parties, along with the parties themselves, shall meet in person for at least one hour to discuss settlement of this matter. Should the parties wish to be referred to the Honorable Katharine H. Parker for settlement negotiations, they shall notify the Court by **May 27, 2022**.

Dated: May 5, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge