

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DOMINIQUE F. SAINT-FORT**
*Assistant Corporation Counsel*
Labor & Employment Law Division
(212) 356-2444
dosaint@law.nyc.gov

May 9, 2022

**BY ECF**
Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *Jones v. City of New York*
          Docket No. 17 CV 4894 (AT) (KP)

Dear Judge Torres:

      I am an Assistant Corporation Counsel in the office of the Hon. Sylvia O. Hind-Radix, Corporation Counsel of the City of New York, attorney for Defendant in the above-referenced action. I write in response to Your Honor's March 4, 2022 Order requesting that the parties submit blackout dates for trial in this matter for the third and fourth calendar quarters of 2022.

      Defendant is unavailable between (1) June 13, 2022 through July 19, 2022 and (2) October 21-23 2022. During this time, counsel has a pre-planned vacation, trial in this Court before Judge McMahon, and an out of state wedding.

      Respectfully,

      */s/ Dominique F. Saint-Fort*
      Dominique F. Saint-Fort
      Assistant Corporation Counsel

cc:   **QUINN EMANUEL URQUHART & SULLIVAN, LLP** (by ECF)
     *Attorneys for Plaintiff*
     Attn: Nicola Felice
     51 Madison Avenue, 22nd Floor
     New York, NY 10010
     212-849-7346