UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIN JONES,

           Plaintiff,

-against-

THE CITY OF NEW YORK,

           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/13/2022

17 Civ. 4894 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant's letters dated May 9 and 12, 2022. ECF Nos. 181–83. The Court shall not adjourn the trial to August 2022, however, the Court shall adjourn the start of trial for one day. The Court shall also reschedule the pre-trial conference given Defendant's conflict. Accordingly, the trial scheduled for July 19, 2022, is ADJOURNED to **July 20, 2022**, at **9:00 a.m.** Further, the pre-trial conference scheduled for July 12, 2022, is RESCHEDULED to **June 14, 2022**, at **12:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse. To gain entry to 500 Pearl Street, follow the instructions provided here:

https://www.nysd.uscourts.gov/sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf

    All individuals must practice social distancing at all times in the courthouse. Individuals must wear a N95, KN95, or KF95 mask that covers their nose and mouth at all times in the courthouse. Bandanas, gaiters, cloth masks, surgical masks, and masks with valves are not permitted. An approved mask will be provided if an individual does not have one.

    The Clerk of Court is directed to terminate the motion at ECF No. 181.

    SO ORDERED.

Dated: May 13, 2022
       New York, New York

                                              ANALISA TORRES
                                              United States District Judge