```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ERIN JONES,

                          Plaintiff,

       -against-

THE CITY OF NEW YORK,

                       Defendant.
----------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**17-CV-4894 (AT) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement conference in this matter is hereby scheduled for **Monday, July 11, 2022 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **July 5, 2022 by 5:00 p.m.**

    SO ORDERED.

Dated: May 25, 2022
       New York, New York

                                                    */s/ Katharine H. Parker*
                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge