

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | DOMINIQUE F. SAINT-FORT<br>*Assistant Corporation Counsel*<br>Labor & Employment Law Division<br>(212) 356-2444<br>dosaint@law.nyc.gov |
|---|---|---|

June 6, 2022

**BY ECF**
Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *Jones v. City of New York*
     Docket No. 17 CV 4894 (AT) (KP)

Dear Judge Parker:

   I am an Assistant Corporation Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendant in the above-referenced action. I write on behalf of the parties to request that the settlement conference currently scheduled for July 11, 2022 at 2 p.m. be rescheduled to an earlier date, should the Court have availability.

   Trial in this action is set to commence on July 19, 2022. *See* ECF Dkt. No. 186. The parties would appreciate the opportunity to have a settlement conference before Your Honor further in advance of trial, prior to the expenditure of significant time and resources in trial preparation. The parties have conferred and are available for a settlement conference between June 9 and June 22, 2022.

   Accordingly, the parties request that the settlement conference before Your Honor be rescheduled to an earlier date between June 9 and June 22, 2022, if the Court is available.

                 Respectfully,

                 */s/ Dominique F. Saint-Fort*
                 Dominique F. Saint-Fort
                 Assistant Corporation Counsel

cc: **QUINN EMANUEL URQUHART & SULLIVAN, LLP** (by ECF)
   *Attorneys for Plaintiff*