UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIN JONES,

                Plaintiff,

-against-

THE CITY OF NEW YORK,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/6/2022___

17 Civ. 4894 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed jury charge. ECF No. 151. In light of the Court's rulings on the motions *in limine* at the final pretrial conference held on June 14, 2022, by **July 11, 2022**, the parties shall submit a revised joint proposed jury charge.

    Further, as the Court resolved the parties' motions *in limine* at the June 14, 2022 conference, *see* June 15, 2022 Dkt. Entry, the Clerk of Court is directed to terminate the motions at ECF Nos. 154 & 155.

    SO ORDERED.

Dated: July 6, 2022
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge