```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/12/2022___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIN JONES,

                Plaintiff,

-against-                        17 Civ. 4894 (AT)

THE CITY OF NEW YORK,         **ORDER**

                Defendant.

ANALISA TORRES, District Judge:

        The Court has reviewed the parties' revised proposed joint jury instructions. ECF No. 208-1. The parties contest the inclusion of a back pay instruction. *Id.* at 23–24. By **July 13, 2022**, Plaintiff shall file a letter outlining why she believes back pay is available to Plaintiff in light of the Court's past orders, including but not limited to the summary judgment order, ECF No. 133, and the Court's oral resolution of the motions *in limine* at the final pretrial conference on June 14, 2022. By **July 14, 2022**, Defendant shall file its response.

        SO ORDERED.

Dated: July 12, 2022
       New York, New York

                                            ANALISA TORRES
                                            United States District Judge