```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ERIN JONES,

                          Plaintiff,

         -against-                                 17 Civ. 4894 (AT)

THE CITY OF NEW YORK,                              ORDER

                          Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/27/2022___

ANALISA TORRES, District Judge:

    On July 19, 2022, Plaintiff requested the transcript of the pretrial conference be corrected or redacted. ECF No. 212. By **July 29, 2022**, Defendant shall respond.

    SO ORDERED.

Dated: July 27, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge