```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ERIN JONES,

                Plaintiff,

      -against-

THE CITY OF NEW YORK,
                Defendant.
-----------------------------------------------------------X

17 CIVIL 4894 (AT)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Analisa Torres, United States District Judge, the jury having returned a verdict in favor of Defendant the City Of New York, and the Complaint is hereby dismissed.

SO ORDERED.

DATED: July 27, 2022
           New York, New York

RUBY J. KRAJICK
_____
Clerk of Court

_____
ANALISA TORRES
United States District Judge

BY: K. Mango
_____
Deputy Clerk