

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **DOMINIQUE F. SAINT-FORT**<br>*Assistant Corporation Counsel*<br>Labor & Employment Law Division<br>(212) 356-2444<br>dosaint@law.nyc.gov |

July 28, 2022

**BY ECF**
Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *Jones v. City of New York*
      Docket No. 17 CV 4894 (AT) (KP)

Dear Judge Torres:

    I am an Assistant Corporation Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendant in the above-referenced action. I write in response to the Court's Order dated July 27, 2022, requesting Defendant's response to Plaintiff's letter request seeking the deletion of a certain statement made by the Court during the June 14, 2022 Pre-Trial Conference or for the statement to be redacted in the conference transcript. *See* ECF Dkt. No. 212. Specifically, Plaintiff requests to redact from the transcript the phrase "evidence of Plaintiff's two prior arrests." Defendant does not have any objection to Plaintiff's request to redact the statement from the conference transcript.

                  Respectfully,

                  */s/ Dominique F. Saint-Fort*
                  Dominique F. Saint-Fort
                  Assistant Corporation Counsel

cc: **QUINN EMANUEL URQUHART & SULLIVAN, LLP** (by ECF)
   *Attorneys for Plaintiff*